PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-MJ-00023-SKO |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ALEXANDER REY DIAZ, SR., | |
| Defendant. | |

1. The parties agree and stipulate to set a preliminary hearing in this matter on March 13, 2024, at 2:00 p.m. before the duty magistrate, and to exclude time between March 7, 2024, and March 13, 2024.

2. The parties agree and stipulate, and request that the Court find the following:

    a. Counsel for defendant is currently engaged in a federal trial. Counsel for defendant desires additional time to consult with her client, conduct further investigation, and further discuss charges with the government.

    b. Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c. The government does not object to the continuance.

    d. Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later than

1

14 days after initial appearance if the defendant is in custody," unless the defendant consents and there is a "showing of good cause." Here, the defendant consents and there is good cause as set forth herein.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of March 7, 2024, to March 13, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an indictment must be filed and a trial must commence.

Dated:  March 5, 2024				PHILLIP A. TALBERT
						United States Attorney

						/s/ JUSTIN J. GILIO
						JUSTIN J. GILIO
						Assistant United States Attorney


Dated:  March 5, 2024				/s/ Galatea Delapp
						GALATEA DELAPP
						Attorney for Alexander Rey Diaz Sr.

2

**ORDER**

IT IS SO ORDERED that the preliminary hearing is continued from March 7, 2024 to **March 13, 2024, at 2:00 p.m. in Courtroom 9 before Magistrate Judge Stanley A. Boone**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **March 6, 2024**              /s/ Barbara A. McAuliffe
                                                                    UNITED STATES MAGISTRATE JUDGE