MICHELE BECKWITH
Acting United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER REY DIAZ,<br><br>　　　　　　　Defendant. | 1:24-CR-00056-JLT-SKO<br><br>PRELIMINARY ORDER OF FORFEITURE |

　　　　Based upon the plea agreement entered into between the United States of America and defendant Alexander Rey Diaz, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c), defendant Alexander Rey Diaz's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

　　　　　　　a.　Unopened bottle of 90 tablets of 2ml Alprazolam,
　　　　　　　b.　black Samsung cell phone with red and clear case,
　　　　　　　c.　black Samsung fold cell phone,
　　　　　　　d.　black Samsung cell phone with red and black case,
　　　　　　　e.　Mantis shooting performance system X10 Elite,
　　　　　　　f.　First Choice body armor,
　　　　　　　g.　two rifle foregrips with lights,
　　　　　　　h.　CV Life red dot sight,
　　　　　　　i.　BEC gold label scope,
　　　　　　　j.　brown leather holster,
　　　　　　　k.　Cronhawk tactical light and box,

       l. Riser for picatinny rail for firearm, and
       m. All ammunition and magazines seized on February 21, 2024.

2. The above-listed assets constitute property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of a violation of 21 U.S.C. § 841(a)(1), and the ammunition and magazines were involved in the commission of a violation of 18 U.S.C. § 924(c).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by U.S. Customs and Border Protection – Homeland Security Investigations, in their secure custody and control.

4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   **April 18, 2025**　　　　　　　　　　　*Jennifer L. Thurston*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE