MICHELE BECKITH
Acting United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER REY DIAZ,<br><br>Defendant. | CASE NO. 1:24-CR-000056-JLT-SKO<br><br>GOVERNMENT MOTION TO DISMISS INDICTMENT AND ORDER |

On June 30, 2025, the government received confirmation that the defendant in the above-captioned matter had died on May 31, 2025. Based on this, the government, by and through its counsel, hereby moves for dismissal with prejudice of all charges in the Indictment in the above-captioned matter.

Dated: July 1, 2025

MICHELE BECKWITH
Acting United States Attorney

By: */s/ Justin J. Gilio*
Justin J. Gilio
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:   **July 1, 2025**

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE